UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EMERSON ELDER,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**NEW JERSEY TRANSIT,**<br><br>      **Defendant.** | Civ. No. 01-4415 (KM) (MCA)<br><br>**OPINION AND ORDER** |

**MCNULTY**, District Judge

    This matter having come before the Court on Plaintiff's request for entry of default pursuant to Fed. R. Civ. P. 55(a) [ECF No. 51]; and it

    **APPEARNG** that Plaintiff's original Complaint was filed nearly twelve (12) years ago on September 18, 2001 and Defendant filed an Answer to the same; and it further

    **APPEARING** that Plaintiff's Amended Complaint was dismissed with prejudice in its entirety [ECF No. 27]; and it further

    **APPEARING** that the order of the District Court was affirmed by the Third Circuit Court of Appeals [ECF No. 33]; and it further

    **APPEARING** that Plaintiff's claim that the entry of default is warranted due to Defendant's failure to plead and/or otherwise defend is wholly inaccurate; therefore

    **IT IS** this 25th day of July 2013,

1

**ORDERED** that Plaintiff's request for entry of default pursuant to Fed. R. Civ. P. 55(a) is **DENIED**.

_____
**KEVIN MCNULTY, U.S.D.J.**